1  Kathryn J. Halford (State Bar No. 68141)
   Email: khalford@wkpyc.com
2  Dana Kann (State Bar No. 220986)
   Email: dkann@wkpyc.com
3  **WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
4  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
5  Encino, CA 91436
   Telephone: (818) 501-8030
6  Fax: (818) 501-5306

7  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>KAANTE PRODUCTIONS, INC., a California corporation,<br><br>Defendants. | CASE NO. CV 03-493-JFW (JLTx)<br><br>**ORDER FOR RENEWAL OF JUDGMENT** |

The judgment debtor, Kaante Productions, Inc., a California corporation ("Defendant") having judgment entered on May 27, 2003;

Now, upon application of the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan, ("Board of Directors") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Board of Directors.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this renewal extends the enforceability of the judgment until ten (10) years from the date the application for renewal was filed against Defendant in the amount of $62,715.85, which is broken down as follows:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 31,210.82 |
| b. | Liquidated damages | $ | 6,242.16 |
| c. | Judgment interest | $ | 6,187.62 |
| d. | Costs | $ | 219.50 |
| e. | Audit costs | $ | 6,573.75 |
| f. | Attorneys Fees | $ | 6,080.00 |
| Subtotal (Judgment as Entered) | | $ | <u>56,513.85</u> |
| g. | Less credits after judgment | $ | (0.00) |
| h. | Interest after judgment computed from May 28, 2003 through February 7, 2013 | $ | <u>6,202.00</u> |
| GRAND TOTAL | | $ | 62,715.85 |

Dated: February 27, 2013        _/s/ John F. Walter_____

UNITED STATES DISTRICT JUDGE